PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Darious R. Jefferson                                          Docket No. 0754 3:99CR30117-002

Name of Sentencing Judicial Officer:  Honorable David R. Herndon, Chief U.S. District Judge   Register Number: 04848-025

Date of Original Sentence:  September 22, 2000

Original Offense:   Ct. 1: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base,
Ct. 2: Maintaining a Place for Purpose of Distributing Cocaine Base,
Ct. 3: Possession with Intent to Distribute Cocaine Base,
Ct. 4: Possessing a Firearm During and in Relation to a Drug Trafficking Crime, and
Ct. 6: Felon in Possession of a Firearm

Original Sentence:  Cts. 1, 2 & 3: 210 months Bureau of Prisons, concurrently,

Ct. 4: 60 months Bureau of Prisons, consecutively, and

Ct. 6: 120 months Bureau of Prisons, concurrently; followed by,

Ct. 1: 5-year Term of Supervised Release,

Ct. 3: 4-year Term of Supervised Release, and

Cts. 2, 4, & 6: 3-year Term of Supervised Release, (concurrent)

Type of Supervision: Supervised Release                           Date Supervision Commenced:  November 5, 2012

Custody Status:   The offender is not in custody and remains under supervision.

Assistant U.S. Attorney:  Randy G. Massey                                   Defense Attorney: Rodney Irvin

## PETITIONING THE COURT

[ X ]   To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not illegally possess a controlled substance. |
| | On September 13, 2013, the offender admitted to illegally possessing a controlled substance, marihuana, on August 13, 2013. |
| | On November 21, 2013, the offender admitted to illegally possessing controlled substances, cocaine and marihuana, on November 19, 2013. |
| | On December 3, 2013, the offender illegally possessed a controlled substance in that he tested positive for marihuana by urinalysis. |
| Mandatory | The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. The defendant shall make payments in the amount of $50.00 per month or ten percent of his gross monthly income, whichever is greater. A balance of $3,174.23 remains. |
| | The offender failed to make a monthly payment as ordered during the following months: January 2013, February 2013, March 2013, April 2013, May 2013, June 2013, July 2013, August 2013, September 2013, October 2013, and November 2013. |

**Offender Name:  Darious R Jefferson**
**Docket Number:  0754 3:99CR30117-002**

| | | |
|---|---|---|
| Standard #2 | | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first ten days of each month. |
| | | The offender failed to submit a written report within the first ten days for the month of July 2013. |
| Standard #3 | | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | | On February 19, 2013, the offender failed to attend a Summit of Hope as instructed by his officer. |
| | | On December 2, 2013, the offender failed to report to the probation office as instructed by his probation officer. |
| Standard #6 | | The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | | On September 11, 2013, the offender changed residences without prior notification to his probation officer. |
| Special | | The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. |
| | | On December 2, 2013, the offender failed to submit to substance abuse testing as directed by the probation officer. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:

"Choose Condition Modified"

☐   Other

I declare under penalty of perjury that the forgoing is true and correct.

by   _Hillary Y. Wilburn_
Hillary Y. Wilburn
U.S. Probation Officer

Date:  December 12, 2013

This document has been reviewed and approved.

**Offender Name: Darious R Jefferson**
**Docket Number: 0754 3:99CR30117-002**

by _____
Reginald C. Box, Jr.
Senior U.S. Probation Officer

Date: <u>December 12, 2013</u>

**Offender Name: Darious R Jefferson**
**Docket Number: 0754 3:99CR30117-002**

---

THE COURT ORDERS:

- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Digitally signed by David R. Herndon
Date: 2013.12.13 09:19:51 -06'00'

Judge David R. Herndon, Chief U.S. District Judge