# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DARIOUS R. JEFFERSON** | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br><br>Case Number: 3:99-CR-30117-DRH-2<br>USM Number: 04848-025<br><br>**DAN CRONIN**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   <u>as listed below</u>   of the term of supervision.
☐ was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory | The defendant unlawfully possess a controlled substance. | 9/10/014 |

*Violations Continued on Page 2

    The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 8229

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
East St. Louis, IL

<u>March 28, 2018</u>
Date of Imposition of Judgment

_/s/ David R. Herndon_
Signature of Judge

<u>David R. Herndon, U. S. District Judge</u>
Name and Title of Judge

Date Signed: March 28, 2018

DEFENDANT: Darious R. Jefferson
CASE NUMBER: 3:99-CR-30117-DRH-2

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| Standard #2 | The defendant failed to submit written monthly reports as directed. | 7/2014 |
| Standard #3 | The defendant failed to follow the instructions of the probation officer. | 10/3/14 |
| Standard #6 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment. | 10/3/14 |
| Special | The defendant failed to make monthly payments as directed. | 9/2014 |
| Special | The defendant absconded from the Residential Reentry Center and was unsuccessfully discharged. | 10/3/14 |
| Special | The defendant failed to participate in a substance abuse treatment program, | 9/2014 |

DEFENDANT: Darious R. Jefferson
CASE NUMBER: 3:99-CR-30117-DRH-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months on each of Counts 1-4 and 6, to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:
Defendant be designated to FMC Springfield, Missouri.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Darious R. Jefferson
CASE NUMBER: 3:99-CR-30117-DRH-2

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for 5 years on Count 1, 27 months on Count 2, 4 years on Count 3, and 15 months on each of Counts 4 and 6, to be served concurrently, for a total term of 5 years.

Other than exceptions noted on the record at sentencing, the Court adopts the proposed terms and conditions of supervision recommended by the U.S. Probation Office in its current form, including the explanations and justifications therefor.

## MANDATORY CONDITIONS

*The following conditions are authorized pursuant to 18 U.S.C. § 3583(d):*

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court, not to exceed 52 tests in one year.

The defendant shall pay any financial penalties imposed which are due and payable immediately. If the defendant is unable to pay them immediately, any amount remaining unpaid will become a condition of probation and be paid in accordance with the Schedule of Payments sheet of the judgment based on the defendant's ability to pay.

## ADMINISTRATIVE CONDITIONS

*The following conditions of supervised release are imposed as common sense conditions required to provide the probation officer with the appropriate authority to adequately monitor and supervise the defendant. They are imposed pursuant to 18 USC Section 3553(a) and 3583(d) and for protection of the public and to deter future crimes of the defendant.*

The defendant must report to the probation office in the district to which the defendant is released within seventy-two hours of release from the custody of the Bureau of Prisons.

The defendant shall not knowingly possess a firearm, ammunition, or destructive device. The defendant shall not knowingly possess a dangerous weapon unless approved by the Court.

The defendant shall not knowingly leave the judicial district without the permission of the Court or the probation officer.

The defendant shall report to the probation officer in a reasonable manner and frequency directed by the Court or probation officer.

The defendant shall respond to all inquiries of the probation officer and follow all reasonable instructions of the probation officer.

DEFENDANT: Darious R. Jefferson
CASE NUMBER: 3:99-CR-30117-DRH-2

The defendant shall notify the probation officer prior to an expected change, or within seventy-two hours after an unexpected change, in residence or employment.

The defendant shall not knowingly meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity.

The defendant shall permit a probation officer to visit the defendant at a reasonable time at home or at any other reasonable location and shall permit confiscation of any contraband observed in plain view of the probation officer.

The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

## SPECIAL CONDITIONS

*Imposed pursuant to the factors in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3583(d) and for the protection of the public and to deter future crimes of the defendant, and for the reasons that are stated for each individual condition.*

The defendant shall participate in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis and/or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center (halfway house). The number of drug tests shall not exceed 52 tests in a one-year period. Any participation will require complete abstinence from all alcoholic beverages and any other substances for the purpose of intoxication. The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale and the defendant's ability to pay. The defendant's financial obligation shall never exceed the total cost of services rendered. The Court directs the probation officer to approve the treatment provider and, in consultation with a licensed practitioner, the frequency and duration of counseling sessions, and the duration of treatment, as well as monitor the defendant's participation, and assist in the collection of the defendant's copayment.

While any financial penalties are outstanding, the defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office any requested financial information. The defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

While any financial penalties are outstanding, the defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation. The defendant shall notify the probation officer within 72 hours of the receipt of any indicated monies.

The defendant shall pay any financial penalty that remains unpaid at the commencement of the term of supervised release. Payment is due immediately. If the defendant is unable to pay immediately, any unpaid balance that remains at the commencement of supervised release shall be paid in monthly installments of $25.00 or 10% of the defendant's net monthly income, whichever is greater, based on the defendant's ability to pay.

DEFENDANT: Darious R. Jefferson
CASE NUMBER: 3:99-CR-30117-DRH-2

The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. The defendant shall make every reasonable effort to obtain acceptance in the Building Union Diversity program in the City of St. Louis.

The defendant's person, residence, real property, place of business, vehicle, and any other property under the defendant's control is subject to a search, conducted by any United States Probation Officer and other such law enforcement personnel as the probation officer may deem advisable and at the direction of the United States Probation Officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release, without a warrant. Failure to submit to such a search may be grounds for revocation. The defendant shall inform any other residents that the premises and other property under the defendant's control may be subject to a search pursuant to this condition.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has read and explained the conditions ordered by the Court and has provided me with a complete copy of this Judgment. Further information regarding the conditions imposed by the Court can be obtained from the probation officer upon request.

Upon a finding of a violation of a condition(s) of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

Defendant's Signature _____     Date _____

U.S. Probation Officer _____     Date _____